

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00757-CV

**IN RE THE CITY OF SAN ANTONIO** and Roderick Sanchez, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: December 13, 2023

PETITION FOR WRIT OF MANDAMUS DENIED, MOTION FOR EMERGENCY RELIEF DENIED

On August 16, 2023, relators filed a petition for a writ of mandamus and a motion for emergency relief. On August 25, 2023, this court issued an order requesting a response to the petition and holding the motion for emergency relief in abeyance. On September 5, 2023, the real parties in interest filed a response to the petition. On September 25, 2023, the relators filed a reply to the response. The court has considered the petition, the motion, the response, and the reply and is of the opinion that relators are not entitled to the relief sought. Accordingly, relators' petition for a writ of mandamus and motion for emergency relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2015CI04863, styled *Texas Auto Salvage, Inc., Daniel Hack, and Gary Hack v. City of San Antonio and Roderick Sanchez*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.